# United States Court of Appeals
## For the First Circuit

―――――――――

No. 13-2209

JODI B. MATT,

Plaintiff, Appellant,

v.

HSBC BANK USA, N.A., ON BEHALF OF THE TRUST FUND AND
FOR THE BENEFIT OF ACE SECURITIES CORP. HOME EQUITY LOAN
TRUST SERIES 2005-HE4 ASSET BACKED PASS THROUGH CERTIFICATES,
WELLS FARGO BANK, N.A., COUNTRYWIDE SECURITIES
CORPORATION, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS
COUNTRYWIDE HOME LOANS SERVICING, LP, HSBC BANK USA, N.A.
and ACE SECURITIES CORP.,

Defendants, Appellees.

―――――――――

**ERRATA SHEET**

The opinion of this Court, issued on April 15, 2015, is amended as follows:

On page 11, line 6, replace "pursing" with "pursuing".